## LIDE *et al.,* executors, *v.* MITCHELL.

HILL, J. Under the facts of this case the court did not err in directing a verdict for the defendant.

*Judgment affirmed. All the Justices concur.*

No. 108. DECEMBER 13, 1917.

Complaint for land. Before Judge Smith. DeKalb superior court. September 8, 1916.

*Mark Bolding* and *George T. Northen,* for plaintiffs.

*Robert C. & Philip H. Alston* and *E. H. Barnett,* for defendant.